AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:20mj2 | Date and time warrant executed: 6/26/2020 12:25 p.m. | Copy of warrant and inventory left with: Lonnie Cometw |
| Inventory made in the presence of: SA M. Taylor | | |
| Inventory of the property taken and name of any person(s) seized: | | |

No Property Taken

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JUN 30 2020

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/26/2020

_____
Executing officer's signature

Brandon C. Vines  Specialist ATF
Printed name and title

Returned to me this 29th day of June 2020.

Pamela Meade Sargent
USMJ